UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY RICE, et al.,              )
                                 )
            Plaintiffs,          )
                                 )
     vs.                         )     No. 4:06-CV-817 CEJ
                                 )
FRANK VAN STIPDONK, et al.,      )
                                 )
            Defendants.          )

### ORDER

**IT IS HEREBY ORDERED** that, pursuant to Fed.R.Civ.P. 41(a)(1)(i), plaintiff Michael Hussmann's motion to dismiss [Doc. # 22] his claims against all defendants in this action without prejudice is **granted.**

                                                  _____
                                                  CAROL E. JACKSON
                                                  UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2006.