UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY RICE, et al.,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　vs.　　　　　　　　　　　　　　　)　　　No. 4:06-CV-817 CEJ
　　　　　　　　　　　　　　　　　　　　)
FRANK VAN STIPDONK, et al.,　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　　　)

## ORDER

**IT IS HEREBY ORDERED** that the defendants' objection [# 34] to the motion of plaintiff's counsel Peter W. Salsich III, Geoffrey G. Gerber, and the law firm of Blackwell Sanders Peper Martin LLP to withdraw is **denied as moot.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2007.