UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY RICE, et al.,            )
                               )
            Plaintiffs,        )
                               )
      vs.                      )        No. 4:06-CV-817 CEJ
                               )
FRANK VAN STIPDONK, et al.,    )
                               )
            Defendants.        )

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice** as to defendants Frank van Stipdonk, Vonk Dairy Products, B.V, and Interfood Holding, B.V., pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, for insufficient service.

**IT IS FURTHER ORDERED** that this action is **dismissed without prejudice** as to defendants Tepco, Lactoformulas S.A. de C.V., Interfood Ingredients, Interfood Australia, and Interfood Latin America, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for lack of service.

The parties shall bear their respective costs.


_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE


Dated this 9th day of March, 2007.